```
 1  CHRISTOPHER CHIOU
    Acting United States Attorney
 2  Nevada Bar No. 14853
    KIMBERLY M. FRAYN
 3  Assistant United States Attorney
    501 Las Vegas Boulevard South, Suite 1100
 4  Las Vegas, Nevada 89101
    Tel: (702) 388-6336
 5  Fax: (702) 388-6418
    Kimberly.Frayn@usdoj.gov
 6
 7  *Attorneys for the United States*
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00075-RFB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| TEHMINE TINA KOSTANYAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Tehmine Tina Kostanyan, that the sentencing hearing currently scheduled for October 5, 2021 at 11:00 p.m. be vacated and set to a date and time convenient to this Court, but no sooner than 90-days.

The Stipulation is entered into for the following reasons:

1. The defendant is out of custody and does not object to the continuance.

2. The parties agree to the continuance for a period of not less than 90-days.

3. The requested time is not for purposes of delay. The parties are trying to finalize the pleadings for the civil denaturalization case that is part of the plea agreement.

4. The parties need additional time to prepare and file their sentencing memoranda.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the 1st stipulation to continue the sentencing hearing.

DATED: September 14, 2021

                                              CHRISTOPHER CHIOU
                                              Acting United States Attorney

By */s/ Todd M. Leventhal*                    By  */s/ Kimberly M. Frayn*
TODD M. LEVENTHAL                      KIMBERLY M. FRAYN
Counsel for Defendant                       Assistant United States Attorney

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHMINE TINA KOSTANYAN,<br><br>　　　　　Defendant. | Case No.: 2:17-cr-00075-RFB<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1.　The defendant is out of custody and does not object to the continuance.

　　2.　The parties agree to the continuance for a period of not less than 90-days.

　　3.　The requested time is not for purposes of delay. The parties are trying to finalize the pleadings for the civil denaturalization case that is part of the plea agreement.

3

4. The parties need additional time to prepare and file their sentencing memoranda.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the 1st stipulation to continue the sentencing hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matters, currently scheduled for October 5, 2021, be vacated and continued to a date and time convenient to this Court, but not sooner than 90-days , that is on __December 16__, __2021__, at the hour of __9:00__ a.m./p.m.

DATED this 4th day of September 2021.

BY: _____
HONORABLE RICHARD F. BOULWARE, II
United States District Court Judge

4