CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TEHMINE TINA KOSTANYAN, <br><br> Defendant. | Case No.: 2:17-cr-00075-RFB <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING** <br><br> (Second Request) |

     IT IS HEREBY STIPULATED AND AGREED by and between Christopher Chiou, Acting United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for Tehmine Tina Kostanyan, that the sentencing hearing currently scheduled for December 16, 2021 at 9:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 90-days.

     The Stipulation is entered into for the following reasons:

     1.     The defendant is out of custody and does not object to the continuance.

2. The parties agree to the continuance for a period of not less than 90-days.

3. The requested time is not for purposes of delay. The parties are trying to finalize the pleadings for the civil denaturalization case that is part of the plea agreement.

4. The parties need additional time to prepare and file their sentencing memoranda.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the 2nd stipulation to continue the sentencing hearing.

DATED: November 17, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ Todd M. Leventhal
TODD M. LEVENTHAL
Counsel for Defendant

By /s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>TEHMINE TINA KOSTANYAN,<br><br>             Defendant. | Case No.: 2:17-cr-00075-RFB<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  The defendant is out of custody and does not object to the continuance.
2.  The parties agree to the continuance for a period of not less than 90-days.
3.  The requested time is not for purposes of delay. The parties are trying to finalize the pleadings for the civil denaturalization case that is part of the plea agreement.

4. The parties need additional time to prepare and file their sentencing memoranda.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the 2nd stipulation to continue the sentencing hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matters, currently scheduled for December 16, 2021, be vacated and continued to a date and time convenient to this Court, but not sooner than 90-days , that is on __Tuesday__, March 22, 2022, at the hour of __11:00__ a.m./p.m.

DATED this 8th day of November 2021.

BY: _____
HONORABLE RICHARD F. BOULWARE, II
United States District Judge

4